O

# United States District Court
# Central District of California

| | |
|---|---|
| Maurice Hastings,<br><br>            Plaintiff,<br><br>    v.<br><br>Grant Price et al.,<br><br>            Defendants. | Case № 2:23-cv-09684-ODW (AGRx)<br><br>**ORDER GRANTING MOTION TO SET ASIDE DEFAULT [37]** |

      Presently before the Court is Defendants Grant Price and Russell Enyeart's ("Defendants") Motion to Set Aside the Clerk's Entry of Default.  (Mot. Set Aside ("Motion" or "Mot."), ECF No. 37.)  After carefully considering the papers filed in connection with the Motion, the Court deems the matter appropriate for decision without oral argument and vacates the April 8, 2024 hearing.  Fed. R. Civ. P. 78(b); C.D. Cal. L.R. 7-15.

      Central District of California Local Rule 7-9 requires an opposing party to file an opposition to any motion at least twenty-one (21) days prior to the date designated for hearing the motion.  Additionally, Local Rule 7-12 provides that "[t]he failure to file any required paper, or the failure to file it within the deadline, may be deemed consent to the granting or denial of the motion."  *See Ghazali v. Moran*, 46 F.3d 52,

54 (9th Cir. 1995) (upholding district court's dismissal of plaintiff's complaint based on plaintiff's failure to oppose motion as required by local rules).

The Court has considered Defendants' Motion and supporting papers and finds that good cause supports setting aside Defendants' default. Further, Defendants represent that Plaintiff does not oppose the Motion. Defendants set the Motion for hearing on April 8, 2024. Thus, Plaintiff's opposition was due by March 18, 2024. As of the date of this Order, Plaintiff has not filed an opposition, or any other filing that could be construed as a request for a continuance. Accordingly, the Court deems Plaintiff's failure to oppose as consent to granting the Motion.

The Court **GRANTS** Defendants' unopposed motion to set aside the Clerk's Entry of Default as to Grant Price and Russel Enyeart, (Mot., ECF No. 37), and **VACATES** the Clerk's Entry of Default, dated January 31, 2024, (Default by Clerk, ECF No. 32). **As to Defendant Price**, Plaintiff shall effectuate proper service consistent with Rule 4 of the Federal Rules of Civil Procedure within thirty (30) days from the date of this order. **As to Defendant Enyeart**, he shall file the proposed answer within seven (7) days from the date of this order, consistent with the Court's Local Rules. (*See* C.D. Cal. L.R. 15-1 ("[A] party who obtains leave of Court to file an amended pleading must promptly thereafter file the pleading approved by the Court as a separate document in the Court's CM/ECF System.").)

**IT IS SO ORDERED.**

March 20, 2024

_____
**OTIS D. WRIGHT, II
UNITED STATES DISTRICT JUDGE**