# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Maurice Hastings,<br><br>                    Plaintiff,<br>     v.<br><br>Grant Price and Russell Enyeart,<br><br>                    Defendants. | CASE NO: 2:23-cv-09684 ODW-AGR<br><br>**ORDER GRANTING STIPULATION TO EXTEND DISCOVERY RELATED TO INSURANCE** |

[PROPOSED] ORDER GRANTING STIPULATION TO EXTEND DISCOVERY RELATED TO INSURANCE

Upon consideration of the parties' stipulation to extend discovery related to insurance, it is hereby ORDERED that the stipulation is GRANTED. There is good cause to grant the parties' stipulation.

The deadline to complete fact discovery related to insurance is extended to August 19, 2025. All other deadlines set forth in the Scheduling Order (ECF No. 62), including all other discovery, pretrial, and trial deadlines, remain in place. The May 19, 2025, deadline to complete fact discovery will remain in place for all other fact discovery not related to insurance.

Dated: April 30, 2025

_____
Hon. Otis D. Wright
United States District Judge