THERESA E. VITALE (SBN 333993)
tvitale@cpmlegal.com
**COTCHETT PITRE & MCCARTHY, LLP**
2716 Ocean Park Blvd. Suite 3088
Santa Monica, CA 90405
Phone No. (310) 392-2008
Fax (310) 392-0111

NICK BRUSTIN (*pro hac vice*)
nick@nsbcivilrights.com
EMMA FREUDENBERGER (*pro hac vice*)
emma@nsbhf.com
KATIE MCCARTHY (*pro hac vice*)
katie@nsbhf.com
CHRISTINA MATTHIAS (*pro hac vice*)
cmatthias@nsbhf.com
ANNIE SLOAN (*pro hac vice*)
annie@nsbhf.com
**NEUFELD SCHECK BRUSTIN HOFFMANN
& FREUDENBERGER, LLP**
200 Varick Street, Suite 800
New York, NY 10014
Phone No. (212) 965-9081
Fax No. (212) 965-9084

*Attorneys for Plaintiff Maurice Hastings*

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Maurice Hastings,<br><br>　　　　　　Plaintiff,<br>　v.<br><br>Grant Price and Russell Enyeart,<br><br>　　　　　　Defendants. | CASE NO: 2:23-cv-09684 ODW-AGR<br><br>**PLAINTIFF AND DEFENDANT'S NOTICE OF FORMAL APPROVAL OF SETTLEMENT** |

NOTICE OF SETTLEMENT APPROVAL

The parties, by and through their respective counsel, jointly stipulate and agree as follows:

1. On July 21, 2025, the parties informed the Court that they had reached a tentative settlement in this case. The parties requested a stay of all deadlines pending formal approval of the settlement. ECF No. 115.

2. On July 22, 2025, this Court vacated all pretrial and trial dates and ordered the parties, by August 22, 2025, to inform the Court whether the tentative settlement agreement was formally approved. ECF No. 116.

3. On August 21, 2025, the settlement between Plaintiff and Defendant was formally approved.

Date: August 22, 2025

/s/ Nick Brustin
NICK BRUSTIN
EMMA FREUDENBERGER
KATIE MCCARTHY
CHRISTINA MATTHIAS
ANNIE SLOAN
**Neufeld Scheck Brustin Hoffmann & Freudenberger, LLP**

*Attorneys for Plaintiff Maurice Hastings*

Date: August 22, 2025

/s/Geoffrey Plowden
GEOFFREY PLOWDEN
EUGENE P. RAMIREZ
**Manning, Kass, Ellrod Ramirez & Trester, LLP**

*Attorneys for Defendants Grant Price and Russell Enyeart*

**SIGNATURE ATTESTATION**

Pursuant to Local Rule 5-4.3.4(a)(2)(i), I, Nick Brustin, attest that all other signatories listed, and on whose behalf this filing is submitted, concur in the filing's content and have authorized the filing.

Dated: August 22, 2025                              */s/ Nick Brustin*
                                                                    NICK BRUSTIN