THERESA E. VITALE (SBN 333993)
tvitale@cpmlegal.com
**COTCHETT PITRE & MCCARTHY, LLP**
2716 Ocean Park Blvd. Suite 3088
Santa Monica, CA 90405
Phone No. (310) 392-2008
Fax (310) 392-0111

NICK BRUSTIN (*pro hac vice*)
nick@nsbcivilrights.com
EMMA FREUDENBERGER (*pro hac vice*)
emma@nsbhf.com
KATIE MCCARTHY (*pro hac vice*)
katie@nsbhf.com
ANNIE SLOAN (*pro hac vice*)
annie@nsbhf.com
**NEUFELD SCHECK BRUSTIN HOFFMANN & FREUDENBERGER, LLP**
200 Varick Street, Suite 800
New York, NY 10014
Phone No. (212) 965-9081
Fax No. (212) 965-9084

*Attorneys for Plaintiff Maurice Hastings*

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| Maurice Hastings,<br><br>    Plaintiff,<br><br>    v.<br><br>Grant Price and Russell Enyeart,<br><br>    Defendants. | CASE NO: 2:23-cv-09684 ODW-AGR<br><br>**[PROPOSED] ORDER RE STIPULATION FOR DISMISSAL WITH PREJUDICE** |

**ORDER RE STIPULATION FOR DISMISSAL WITH PREJUDICE**

Before the Court is the parties' Stipulation for Dismissal with Prejudice. The Court has reviewed and APPROVES the Stipulation. Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), all claims asserted, or which could have been asserted, in this matter are DISMISSED with prejudice. Each party shall bear its own costs and fees.

IT IS SO ORDERED.

Dated: _____, 2025

_____
Hon. Otis D. Wright
United States District Court Judge

[PROPOSED] ORDER RE STIPULATION FOR DISMISSAL WITH PREJUDICE