JS-6

# United States District Court
# Central District of California

| | |
|---|---|
| MAURICE HASTINGS,<br><br>Plaintiff,<br><br>v.<br><br>GRANT PRICE ET AL.,<br><br>Defendants. | Case № 2:23-cv-09684-ODW (AGRx)<br><br>**ORDER OF DISMISSAL WITH PREJUDICE** |

The Court, having considered the parties' Stipulation for Dismissal With Prejudice pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, hereby dismisses with prejudice the above-entitled action.  Each party shall bear its own costs and attorneys' fees.  The Court **VACATES** all dates and deadlines.  The Clerk of the Court shall close the case.

**IT IS SO ORDERED.**

September 22, 2025

_____
**OTIS D. WRIGHT, II
UNITED STATES DISTRICT JUDGE**